IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:15MJ163

Information associated with :
MKING1695@YAHOO.COM, stored at
Premises controlled by Yahoo! :

---

### ORDER SEALING APPLICATION, SEARCH WARRANT, SUPPORTING AFFIDAVIT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

7-13-15
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE